1  ROGER L. GRANDGENETT, II, ESQ., Bar No. 6323
   LITTLER MENDELSON
2  3960 Howard Hughes Parkway, Suite 300
   Las Vegas, NV  89169-5937
3  Telephone:   702.862.8800
   Fax No.:     702.862.8811
4
5  JAMIE CHU, ESQ., Bar # 10546
   LITTLER MENDELSON, P.C.
6  2050 Main Street, Suite 900
   Irvine, CA 92614
7  Telephone:   949.705.3000
   Fax No.:     949.724.1201
8  Attorneys for Defendant
   WAL-MART STORES, INC.
9

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DEIDRE GOLDMAN, | CASE NO. 2:14-CV-01600-LDG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE CASE WITH PREJUDICE** |
| WAL-MART STORES, INC., a foreign corporation, | |
| Defendant. | |

   Plaintiff DEIDRE GOLDMAN ("Plaintiff") and Defendant WAL-MART STORES, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire case with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: April 2, 2015

Respectfully submitted,

/s/ Thomas R. Warnicke, Esq.
THOMAS R. WARNICKE, ESQ.
LAW OFFICES OF THOMAS R. WARNICKE, PLLC

Attorney for Plaintiff
DEIDRE GOLDMAN

Dated: April 2, 2015

Respectfully submitted,

/s/ Jamie Chu, Esq.
ROGER L. GRANDGENETT, ESQ.
JAMIE CHU, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**IT IS SO ORDERED.**

Dated this 6 day of April, 2015

UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

Firmwide:131400946.1 080000.1030

2.